# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **HAROLD DEWHURST, et al,** | : | |
| | : | |
| Plaintiffs, | : | Case No. C2:09-cv-1033 |
| | : | |
| v. | : | JUDGE MARBLEY |
| | : | |
| **CENTURY ALUMINUM CO., et al,.** | : | Magistrate Judge Abel |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER SETTING A TELEPHONIC STATUS CONFERENCE

This case is set for a Telephonic Status Conference in this matter for **Friday, December 18, 2009,** beginning at **3:00 p.m.** The Court will initiate the phone conference, Trial Counsel for the respective parties are to be available by telephone.

During the Telephone Status Conference, the Court will address the recent filings in the case. This Order supersedes any prior orders setting a status conference. The conference is not expected to exceed thirty minutes in length.

**IT IS SO ORDERED.**

                                                    s/Algenon L. Marbley
                                                    **UNITED STATES DISTRICT COURT**

**DATE: December 17, 2009**