UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| HAROLD DEWHURST and DAVID BRYAN, on behalf of themselves and all other persons similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC<br><br>    Plaintiffs,<br><br>v.<br><br>CENTURY ALUMINUM COMPANY, CENTURY ALUMINUM OF WEST VIRGINIA, INC., CENTURY ALUMINUM MASTER WELFARE BENEFIT PLAN, and DOES 1 THROUGH 20,<br><br>    Defendants. | C.A. No. 2:09-cv-01546<br><br>Judge John T. Copenhaver, Jr. |

## ORDER

AND NOW, this __**13th**__ day of __**March**__, 2012, upon consideration of the parties' Joint Motion to Hold Defendants' Motion to Dismiss in Abeyance Pending Ruling on Motion for Final Approval of Class Action Settlement Agreement, it is

ORDERED

that Defendants' Motion is GRANTED, and Defendants' Motion to Dismiss is held in abeyance pending a ruling by this Court on the parties' anticipated Motion for Final Approval of Class Action Settlement Agreement.

DATE: __**March 13, 2012**__    BY THE COURT:

*/s/ John T. Copenhaver*
United States District Judge