# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| HAROLD DEWHURST and DAVID BRYAN, on behalf of themselves and all other persons similarly situated, and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO/CLC )))))))) | ) C.A. No. 2:09-cv-01546 |
| Plaintiffs, ) | ) Judge John T. Copenhaver, Jr. |
| v. )) | |
| CENTURY ALUMINUM COMPANY, CENTURY ALUMINUM OF WEST VIRGINIA, INC., CENTURY ALUMINUM MASTER WELFARE BENEFIT PLAN, and DOES 1 THROUGH 20, )))))) | |
| Defendants. ) | |

## ORDER

AND NOW, this ___23rd___ day of ___April___, 2012, upon consideration of the parties' Joint Motion to Stay Deadlines Set Forth In The Court's December 29, 2011 Scheduling Order Pending the Court's Ruling on Joint Motion for Final Approval of Class Action Settlement Agreement and all papers submitted in support thereof and in opposition thereto, it is

ORDERED

that the parties' Motion is GRANTED, and all deadlines set forth on the Court's December 29, 2011 Scheduling Order are stayed pending a ruling by this Court on the parties' Joint Motion for Final Approval of Class Action Settlement Agreement.

DATE: __April 23, 2012__        BY THE COURT:

_____
United States District Judge